```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/9/2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ESPERANZA GALLARDO, MARGARITO VAZQUEZ, and GERARDO DOMINGUEZ, on behalf of themselves and all others similarly situated,

                    Plaintiffs,

  -against-

3MK CLEANERS, INC. d/b/a ON TIME CLEANERS and BRIAN KIM,

                    Defendants.
------------------------------------------------------------------X

18 Civ. 6547 (LGS)(RWL)

[PROPOSED]
DEFAULT JUDGMENT

This action, having been commenced on July 20, 2018, by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on Defendants 3MK Cleaners, Inc. and Brian Kim on August 6, 2018, and proofs of service having been filed on August 13, 2018, and these defendants not having answered the Complaint, and the time for answering the Complaint having expired, it is

**ORDERED, ADJUDGED AND DECREED**: That Plaintiff Gallardo have judgment against defendants 3MK Cleaners, Inc. and Brian Kim for damages in the amount of $82,740.29, Plaintiff Vazquez against defendants 3MK Cleaners, Inc. and Brian Kim for damages in the amount of $86,339.31, plus attorneys' fees, costs, and disbursements of this action in the amount of $13,944.00, amounting in all to $183,023.60, plus post-judgment interest.

Dated: November 9, 2018
      New York, New York

                                          _____
                                             LORNA G. SCHOFIELD
                                            UNITED STATES DISTRICT JUDGE